**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

VINCENT CANTERA,                                : No. 30 MM 2022
                                                :
                              Petitioner         :
                                                :
                                                :
                    v.                          :
                                                :
                                                :
COMMONWEALTH COURT,                             :
                                                :
                             Respondent          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2022, the "Application for Exercise of Plenary Jurisdiction and King's Bench Power" is DENIED.